IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORENZO MALONE, | ) |
| Petitioner, | ) |
| v. | ) No. 3:09-0949 |
| | ) Chief Judge Haynes |
| JAMES FORTNER, Warden | ) |
| Respondent. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, the Petitioner's motion for summary judgment (Docket Entry No. 33) is **GRANTED** and the petition for writ of habeas corpus is conditionally **DENIED**. The Court **GRANTS** a Certificate of Appealability under 28 U.S.C. § 2253(c) on Petitioner's ineffective assistance of counsel claims that were exhausted in the state courts.

This is the Final Order in this action

It is so **ORDERED**.

ENTERED this the ___ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief United States District Judge